**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-10880/1220006645

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Saundra A. Hill and Oskar D. Hill<br><br>Debtors.<br>─────────────────────────<br>US Bank National Association, as Trustee for Securitized Asset Backed Receivable LLC Trust, 2006-NC1 By its Attorney in fact Wells Fargo Bank, successor by merger to Wells Fargo Home Mortgage, Inc.<br><br>         Secured Creditor,<br>  vs.<br><br>Saundra A. Hill and Oskar D. Hill, Debtors; Edward J. Maney, Trustee.<br><br>         Respondents. | No. 2:09-bk-07224-GBN<br><br>Chapter 13<br><br>OBJECTION TO CHAPTER 13 PLAN |

US Bank National Association, as Trustee for Securitized Asset Backed Receivable LLC Trust, 2006-NC1 By its Attorney in fact Wells Fargo Bank, successor by merger to Wells Fargo Home Mortgage, Inc., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reasons:

1. The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to US Bank National Association, as Trustee for Securitized Asset Backed Receivable LLC Trust, 2006-NC1 By its Attorney in fact Wells Fargo Bank, successor by merger to Wells Fargo Home Mortgage, Inc., pursuant to the proof of claim in the amount of $1,796.19. Secured creditor requests that the arrearages as set forth in its Proof of Claim be paid through the Plan. A copy of Secured Creditor's Proof of Claim is attached hereto as Exhibit "A" and made a part hereof by this reference.

2. The Chapter 13 Plan filed with the Court does not provide to secured creditor repayment of its attorney fees incurred for bankruptcy and/or foreclosure proceedings. Secured creditor requests that the attorney fees as set forth in its Proof of Claim be paid through the Plan.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as provided in the Proof of Claim and as stated above.

DATED this 22nd day of April, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY   /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Secured Creditor

COPY of the foregoing mailed
April 22, 2009 to:

Saundra A. Hill and Oskar D. Hill
8527 N. 41st Drive
Phoenix, AZ 85051
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Case 2:09-bk-07224-GBN    Doc 14    Filed 04/22/09    Entered 04/22/09 18:00:26    Desc
Main Document    Page 2 of 3

| | |
|---|---|
| 1 | Edward J. Maney |
| 2 | P.O. Box 10434 |
|   | Phoenix, AZ  85064-0434 |
| 3 | Trustee |
| 4 | |
|   | By: Sherry R. Thornton |
| 5 | |