210B (12/09)

# United States Bankruptcy Court

District of Arizona
Case No. 2:09-bk-07224-GBN
Chapter 13

In re: Debtor(s) (including Name and Address)

SAUNDRA A. HILL
8527 N. 41ST DRIVE
PHOENIX AZ 85051

OSKAR D. HILL
8527 N. 41ST DRIVE
PHOENIX AZ 85051

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/15/2010.

Name and Address of Alleged Transferor(s):

Claim No. 14: CAPITAL ONE BANK (USA), N.A., C/O TSYS DEBT MANAGEMENT (TDM), PO BOX 5155, NORCROSS, GA 30091

Name and Address of Transferee:

eCAST Settlement Corporation
POB 35480
Newark NJ 07193-5480

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/18/10

Brian D. Karth
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: estrellam          Page 1 of 1          Date Rcvd: Feb 16, 2010
Case: 09-07224                Form ID: trc             Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 18, 2010.
8201294     +CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),   PO BOX 5155,
              NORCROSS, GA 30091-5155

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 18, 2010**                       **Signature:**     _Joseph Speetjens_

Case 2:09-bk-07224-GBN    Doc 23    Filed 02/16/10    Entered 02/18/10 23:59:48    Desc
Imaged Certificate of Service    Page 2 of 2